IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–01242–NYW–MDB

MATT PLICHTA,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

---

## ORDER

---

This matter is before the Court on two Motions: (1) "Defendant's Motion to Compel Third-Party Christina Sepulveda's Compliance with Defendant's Subpoena Duces Tecum" (Doc. No. 30); and (2) "Defendant's Motion to Compel Third-Party Dr. Lauren Millard's Compliance with Defendant's Subpoena Duces Tecum" (Doc. No. 33). No response has been filed to either Motion, and the time to do so has lapsed. The Motions have been referred to the undersigned, pursuant to 28 U.S.C. § 636(b)(1) and D.C.COLO.LCivR 72.1, for a recommendation regarding disposition. (Doc Nos. 32, 35.) Having reviewed the arguments set forth in the Motions, the Court finds that the materials at issue are discoverable and not subject to any privilege.

Accordingly, **IT IS ORDERED THAT**:

    (1) The "Defendant's Motion to Compel Third-Party Christina Sepulveda's Compliance with Defendant's Subpoena Duces Tecum" (Doc. No. 30) is **GRANTED**.

(2) The "Defendant's Motion to Compel Third-Party Dr. Lauren Millard's Compliance with Defendant's Subpoena Duces Tecum" (Doc. No. 33) is **GRANTED**.

(3) No later than **February 3, 2023**, Defendant **SHALL** cause nonparty subpoena recipients Christina Sepulveda and Lauren Millard to each be served with a copy of this Order and the respective Motions (Doc. Nos. 30, 33). Defendant's counsel shall file an appropriate notice of compliance with this Order upon completion of such service of these documents.

(4) No later than **February 15, 2023**, Christina Sepulveda and Lauren Millard **SHALL** comply with the subpoenas referenced in the respective Motions (Doc. Nos. 30, 33).

**DATED**: January 31, 2023.

BY THE COURT:

_____

Maritza Dominguez Braswell
United States Magistrate Judge